IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES, LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED, and TECHTRONIC INDUSTRIES CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHERVON NORTH AMERICA INC., <br><br> Defendant. | Case No. 2:14-cv-01289-JPS <br><br> Hon. Judge J.P. Stadtmueller |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, Chervon North America Inc., furnishes the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1.

1. The full name of the party represented by the undersigned is Chervon North America Inc.

2. Defendant Chervon North America Inc. is a wholly owned subsidiary of Chervon (HK) Limited. Chervon (HK) Limited is a wholly owned subsidiary of Chervon Holdings Limited. No other entity owns 10% or more of an interest in Chervon North America, Inc.

4. The full name of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court are Kirkland & Ellis LLP and Andrus Intellectual Property Law, LLP.

Dated this 14th day of November, 2014.

                                          s/Christopher R. Liro
                                          Christopher R. Liro
                                          Wisconsin Bar No. 1089843
                                          ANDRUS INTELLECTUAL PROPERTY LAW, LLP
                                          100 East Wisconsin Avenue, Suite 1100
                                          Milwaukee, WI 53202
                                          Telephone: (414) 271-7590
                                          Fax: (414) 271-5770
                                          E-mail: chris.liro@andruslaw.com

                                          Russell E. Levine, P.C.
                                          Illinois Bar No. 6193834
                                          KIRKLAND & ELLIS LLP
                                          300 North LaSalle
                                          Chicago, IL 60654
                                          Telephone: (312) 862-2000
                                          Fax: (312) 862-2200
                                          E-mail: russell.levine@kirkland.com

                                          *Attorneys for Defendant Chervon North America Inc.*