# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MILWAUKEE ELECTRIC TOOL
CORPORATION, METCO BATTERY
TECHNOLOGIES LLC, AC (MACAO
COMMERCIAL OFFSHORE) LIMITED,
and TECHTRONIC INDUSTRIES CO.
LTD.,

Case No. 14-CV-1289-JPS

                              Plaintiffs,

v.

CHERVON NORTH AMERICA INC.,                          **ORDER**

                              Defendant.

On July 28, 2017, the parties filed a joint stipulation of dismissal of this action. (Docket #232). The parties stipulate that their claims and counterclaims should be dismissed without prejudice. *Id.* Each party agrees to bear its own costs and fees. *Id.* The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #232) be and the same is hereby **ADOPTED**; Plaintiffs' claims against Defendant be and the same are hereby **DISMISSED without prejudice**, Defendant's counterclaims against Plaintiffs be and the same are hereby **DISMISSED without prejudice**, and each party will bear its own fees and costs.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge